

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED

MAR 1 8 2022

CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ADE JASMIR BROWN,

       Defendant.

_____/

Criminal No. 22-20121

Hon. Terrence G. Berg

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, ADE JASMIR BROWN, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Felon in Possession of a Firearm, up to Ten (10) years' imprisonment, and/or a $250,000 fine, and up to Three (3) years' post-release supervision.

_____
ADE JASMIR BROWN
Defendant

Page **1** of **2**

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 3/18/22